1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   PAMELA L. McGAHA
3  Nevada Bar No. 8181
   E-Mail: Pamela.McGaha@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant
7  USAA Casualty Insurance Company

8              UNITED STATES DISTRICT COURT

9         DISTRICT OF NEVADA, SOUTHERN DIVISION

10                         ***

11  LUIS CALDERON, an individual,          CASE NO.: 2:20-cv-1049-JCM-BNW

12              Plaintiff,                 **STIPULATION AND ORDER TO
                                           EXTEND DISCOVERY DEADLINES**
13         vs.
                                           **[THIRD REQUEST]**
14  USAA CASUALTY INSURANCE
    COMPANY, a Foreign Corporation; DOES 1-
15  10 AND ROE ENTITIES 11-20,
    INCLUSIVE,
16
                Defendants.
17

18         Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of

19  record, hereby stipulate and request that this Court extend discovery in the above-captioned case by

20  ninety (90) days, up to and including Thursday, October 14, 2021.  In addition, the parties request

21  that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be

22  extended pursuant to Local Rule.  In support of this Stipulation and Request, the parties state as

23  follows:

24         1.    On March 19, 2020, Plaintiff filed his Complaint in the District Court, Clark

25               County.

26         2.    On April 24, 2020 Plaintiff filed his First Amended Complaint in District Court,

27               Clark County.

28         3.    On June 12, 2020, Defendant removed the case to the United States District Court.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-5077-8598.1

4.    On June 19, 2020, Defendant filed its Answer to Complaint.

5.    On August 17, 2020 the parties conducted an initial FRCP 26(f) conference

6.    On August 31, 2020, the Court entered the Stipulated Discovery Order.

7.    On September 9, 2020, Plaintiff served his FRCP 26 Initial Disclosures on Defendant.

8.    On September 17, 2020, Defendant served its FRCP 26 Initial Disclosures on Plaintiff.

9.    On November 24, 2020, the parties stipulated to their first extension to deadlines. This Court granted the stipulation on December 1, 2020.

10.   On November 30, 2020, Defendant served written discovery on Plaintiff.  Plaintiff served his responses on December 7, 2020.

11.   On December 7, 2020, Plaintiff served his First Supplement to Initial Disclosures on Defendant.

12.   On January 21, 2021, Plaintiff served written discovery on Defendant.  Defendant served its responses on March 9, 2021.

13.   On January 21, 2021, Plaintiff served his Second Supplement to Initial Disclosures on Defendant.

14.   On February 22, 2021, Defendant served its First Supplement to Initial Disclosures on Plaintiff.

15.   On February 23, 2021, the parties stipulated to their second extension to deadlines. This Court granted the stipulation on February 25, 2021.

## DISCOVERY REMAINING

1.    The parties will continue participating in written discovery.

2.    Defendant will take the deposition of Plaintiff.

3.    Defendant will gather records/documents pertinent to Plaintiff's claim.

4.    The parties may take the depositions of any and all other witnesses garnered through discovery.

5.    The parties will retain and disclose initial and rebuttal experts.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-5077-8598.1

6.      The parties will depose the respective expert witnesses.

7.      The BMW involved in the loss which occurred in Mexico, was repatriated from Mexico and is now available for inspection in a storage/impound yard in San Diego, CA.  Accordingly, the parties are working to schedule a joint inspection of the vehicle in California and potential removal of the vehicle's black box and/or other electronic data which can be provided to the parties' consultant/experts for forensic analysis.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-4, that good cause exists for the following requested extension.  This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

First, the subject vehicle was repatriated to the United States and is now available for inspection at a storage/impound yard in San Diego.  The parties have been communicating in an effort to schedule a joint inspection.  The parties need additional time in which to arrange an inspection of the vehicle involving the attendance of multiple persons, and arrange travel to the out of state storage facility, consistent with applicable COVID-19 restrictions. The inspection is intended to include potential removal of the vehicle's black box and/or other available electronic data which can be provided to the parties' consultant/experts for forensic analysis.  The parties are working to identify a date in May 2021 if possible that multiple persons can travel to San Diego to complete this inspection.  For this reason, expert designations are impacted.  As counsel understands the process of trying to remove the black box and any other available electronic data from the vehicle, once this data is extracted, it will need to be made available separately to each party's expert for forensic analysis, before expert designations can be made.  Thus, additional time is necessary to ensure the parties can complete this forensic analysis of data from the subject vehicle and make determinations regarding expert designations.  This process may also impact additional related discovery not previously contemplated by the parties.

Second, the ongoing impact on discovery by the current COVID-19 crisis, while appearing

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-5077-8598.1                                          3

to improve, continues to constrain the parties' ability to complete discovery.  Local, state, and national officials continue to warn that travel may be limited or restricted at this time to prevent further spread of the virus.  Defendants and their counsel are practicing physical distancing and are working remotely.  Due to these unexpected and rapidly changing circumstances, an extension of the close of discovery deadline is necessary so the parties may fully develop their respective cases in chief.

Extension or Modification of The Discovery Plan and Scheduling Order.  LR 26-4 governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4.

This is the third request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Friday, July 16, 2021* | *Thursday, October 14, 2021* |
| Deadline to Amend Pleadings or Add Parties | *Closed* | *Closed* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Monday, May 17, 2021* | *Monday, August 16, 2021* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, June 16, 2021* | *Wednesday, September 15, 2021* |
| Dispositive Motions | *Monday, August 16, 2021* | *Friday, November 12, 2021* |
| Joint Pretrial Order | *Wednesday, September 15, 2021* | *Monday, December 13, 2021* |

…

…

…

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-5077-8598.1

4

1    WHEREFORE, the parties respectfully request that this Court extend the discovery period

2  by ninety (90) days from the current deadline of July 16, 2021, up to and including October 14,

3  2021, and the other dates as outlined in accordance with the table above.

4    Dated this 22nd day of April, 2021.          Dated this 22nd day of April, 2021.

5    LEWIS BRISBOIS BISGAARD & SMITH LLP      HURTIK LAW & ASSOCIATES

6    /s/ Pamela L. McGaha                     /s/ Johnathon Toston
     ROBERT W. FREEMAN                         CARRIE E. HURTIK
7    Nevada Bar No. 3062                       Nevada Bar No. 7028
     PAMELA L. McGAHA                          JOHNATHON TOSTON
8    Nevada Bar No. 8181                       Nevada Bar No. 15345
     6385 S. Rainbow Boulevard, Suite 600      6767 E. Tropicana Avenue
9    Las Vegas, Nevada 89118                   Suite 200
     Attorneys for Defendant                   Las Vegas, Nevada 89103
10   USAA Casualty Insurance Company           Attorney for Plaintiff

11                                **ORDER**

12   IT IS SO ORDERED.

13   Dated  April 26, 2021.

14

15                        _____
                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-5077-8598.1                    5