1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   PRISCILLA L. O'BRANT
3  Nevada Bar No. 010171
   Priscilla.OBriant@lewisbrisbois.com
4  E. MATTHEW FREEMAN
   Nevada Bar No. 14198
5  Matt.Freeman@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  702.893.3383
   FAX: 702.893.3789
8  Attorneys for Defendant
   USAA Casualty Insurance Company
9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| LUIS CALDERON, an individual, | CASE NO.: 2:20-cv-1049-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES 1-10 AND ROE ENTITIES 11-20, INCLUSIVE, | **FIRST REQUEST** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case ninety (90) days, up to and including Thursday, June 2, 2022.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendant is currently preparing for trial in *Choi, Crystal v. State Farm Mutual Automobile Insurance Company*, Eighth Judicial District Court Case No. A-20-819428-C and also in *Jackson v. United Services Automobile Association*, Eight Judicial District Court Case No. A-19-800593-C.

4878-2578-7149.1

Counsel for Plaintiff is currently preparing for trial in *Kayla R. Haun vs. Osama Barakat et al*, Eighth Judicial District Court Case No. A-18-783305-C and also in *Oswald vs. Landmark Builders, Inc.,* Superior Court of The State of California, County of Sonoma Case No. SCV-259044.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by ninety (90) days from the current deadline of March 4, 2022 up to and including June 2, 2022.

Dated this 9th day of February, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Priscilla L. O'Briant*
ROBERT W. FREEMAN
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*United Services Automobile Association*

Dated this 9th day of February, 2022.

HURTIK LAW & ASSOCIATES

/s/ *Carrie E. Hurtik*
CARRIE E. HURTIK
Nevada Bar No. 7028
JONATHAN R. PATTERSON
Nevada Bar No. 9644
6767 E. Tropicana Avenue
Suite 200
Las Vegas, Nevada 89103
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED**

**DATED:** 6:58 pm, February 10, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE