ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
USAA Casualty Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| LUIS CALDERON, an individual, | CASE NO.: 2:20-cv-1049-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES 1-10 AND ROE ENTITIES 11-20, INCLUSIVE, | **FIRST REQUEST** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case sixty (60) days, up to and including Monday, August 1, 2022.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties are currently preparing for the upcoming Settlement Conference set in this matter on May 19, 2022, and intend to pursue resolution before going to the time and expense necessary to prepare, file and argue dispositive motions.

…

…

4868-4436-8926.1

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their dispositive motions by sixty (60) days from the current deadline of June 2, 2022 up to and including August 1, 2022.

Dated this 12th day of May, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*United Services Automobile Association*

Dated this 12th day of May, 2022.

HURTIK LAW & ASSOCIATES

/s/ *Jonathan R. Patterson*
CARRIE E. HURTIK
Nevada Bar No. 7028
JONATHAN R. PATTERSON
Nevada Bar No. 9644
6767 E. Tropicana Avenue
Suite 200
Las Vegas. Nevada 89103
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: May 13, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4868-4436-8926.1