| | |
|---|---|
| 1 | ROBERT W. FREEMAN |
| | Nevada Bar No. 3062 |
| 2 | Robert.Freeman@lewisbrisbois.com |
| | E. MATTHEW FREEMAN |
| 3 | Nevada Bar No. 14198 |
| | Matt.Freeman@lewisbrisbois.com |
| 4 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 6385 S. Rainbow Boulevard, Suite 600 |
| 5 | Las Vegas, Nevada 89118 |
| | 702.893.3383 |
| 6 | FAX: 702.893.3789 |
| | Attorneys for Defendant |
| 7 | USAA Casualty Insurance Company |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

**\*\*\***

| | |
|---|---|
| LUIS CALDERON, an individual, | CASE NO.: 2:20-cv-1049-CDS-EJY |
| Plaintiff, | **MOTION TO REMOVE COUNSEL** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES 1-10 AND ROE ENTITIES 11-20, INCLUSIVE, | |
| Defendants. | |

COMES NOW DEFENDANT USAA CASUALTY INSURANCE COMPANY ("USAA CIC" or "Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, requests that the Court remove Pamela L. McGaha as counsel of record for USAA CIC, as she is no longer associated with the firm. It is therefore requested that

…

…

…

…

…

…

…



57985317.1

1  the Clerk of Court remove Ms. McGaha's name from CM/ECF as counsel for USAA CIC so that
2  she no longer receives electronic service of materials filed in this case.
3        DATED this 24th day of February, 2025.

                          LEWIS BRISBOIS BISGAARD & SMITH LLP

                By    /s/ Robert W. Freeman
                    ROBERT W. FREEMAN
                    Nevada Bar No. 3062
                    E. MATTHEW FREEMAN
                    Nevada Bar No. 14198
                    6385 S. Rainbow Boulevard, Suite 600
                    Las Vegas, Nevada 89118
                    Attorneys for Defendant
                    USAA Casualty Insurance Company

                IT IS SO ORDERED.

                _____
                U.S. MAGISTRATE JUDGE

                Date:  February 25, 2025

57985317.1                2