ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
USAA Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CALDERON,<br><br>        Plaintiff<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>        Defendant | CASE NO.: 2:20-cv-01049-CDS-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**FIRST REQUEST** |

Defendant USAA Casualty Insurance Company and Plaintiff Luis Calderon, the parties, by and through their respective counsel of record, hereby submit this stipulation and order to continue trial. This stipulation is brought in compliance with LR IA 6-2 and LR 7-1.

1. On February 10, 2025 the Court entered an order setting this matter for trial on June 23, 2025. *See* ECF 66.

2. Unfortunately, one of Defendant's expert witnesses is ill and recovering and will not be able to testify until October or November, 2025.

…

…

…

…

155933839.1

3. Due to the aforementioned scheduling conflicts, both parties respectfully request that the Court continue the trial to its first available date after November 1, 2025.

The parties to this action are not making this request for the purpose of unduly delaying the trial in this matter. This is the second stipulation to continue trial.

| Dated this 22nd day of April, 2025. | Dated this 22nd day of April, 2025. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | HURTIK LAW & ASSOCIATES |
| /s/ Robert W. Freeman | /s/ Jonathan R. Patterson |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>E. MATTHEW FREEMAN<br>Nevada Bar No. 14198<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant*<br>*United Services Automobile Association* | JONATHAN R. PATTERSON<br>Nevada Bar No. 9644<br>6767 E. Tropicana Avenue<br>Suite 200<br>Las Vegas. Nevada 89103<br>*Attorneys for Plaintiff* |

## ORDER

Based on the parties' stipulation, it is ordered that the calendar call currently scheduled for June 12, 2025, at 9:30 a.m. is vacated and continued to October 23, 2025 at 10:00 a.m.; and the trial currently scheduled for June 23, 2025, at 9:30 a.m., is vacated and continued to November 3, 2025 at 9:30 a.m. However, given the age of this matter, no future requests to continue will be granted.

Dated: April 23, 2025

_____
Cristina D. Silva
United States District Judge

155933839.1                                    2