UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Luis Calderon,

    Plaintiff

v.

USAA Casualty Insurance Company,

    Defendant

Case No. 2:20-cv-01049-CDS-EJY

**Order Denying Defendant's Motion to Dismiss**

[ECF No. 72]

    Defendant United States Automobile Insurance Company filed an omnibus motion in limine to preclude evidence and/or testimony at trial. Mot., ECF No. 72. The motion's legal standard is predicated on state court rules and case law, and its argument cites the Eighth Judicial Rules of Practice (EDCR) and the Nevada Revised Statutes. *Id.* at 5, 8–10. However, these Nevada rules do not apply in this federal court case, as it is the Federal Rules of Civil Procedure, United States Code, and the Local Rules of Practice for the United States District Court for the District of Nevada that govern here. Accordingly, the defendant's motion **[ECF No. 72] is DENIED without prejudice**.

    Dated: October 3, 2025

                                                      _____
                                                      Cristina D. Silva
                                                      United States District Judge