1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No. 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant
7  USAA Casualty Insurance Company

8              **UNITED STATES DISTRICT COURT**

9          **DISTRICT OF NEVADA, SOUTHERN DIVISION**

10                          ***

11 | LUIS CALDERON, an individual,          | CASE NO.: 2:20-cv-1049-CDS-EJY

12 |             Plaintiff,                  | **STIPULATION** OF
                                              **DISMISSAL WITH PREJUDICE**
13 |     vs.

14 | USAA CASUALTY INSURANCE
   | COMPANY, a Foreign Corporation; DOES 1-
15 | 10 AND ROE ENTITIES 11-20,
   | INCLUSIVE,
16
   |             Defendants.
17

18      IT IS HEREBY STIPULATED and AGREED between Plaintiff LUIS CALDERON, by and

19 through his attorneys HURTIK LAW & ASSOCIATES and Defendant USAA CASUALTY

20 INSURANCE COMPANY, by and through its attorneys LEWIS BRISBOIS BISGAARD &

21 SMITH, LLP, that all of Plaintiffs' claims and causes of action against Defendant

22 ...

23 ...

24 ...

25 ...

26 ...

27 ...

28 ...

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

167996166.1

1  in the above-entitled action shall be dismissed, with prejudice, each party to bear their own

2  attorney's fees and costs.

3  Dated this ___ day of December 2025.          Dated this 11th day of December 2025.

4  LEWIS BRISBOIS BISGAARD & SMITH LLP          HURTIK LAW & ASSOCIATES

6  /s/                                          /s/ Jonathan Patterson
   ROBERT W. FREEMAN                            JONATHON R. PATTERSON
7  Nevada Bar No. 3062                          Nevada Bar No. 9644
   E. MATTHEW FREEMAN                           6767 E. Tropicana Avenue
8  Nevada Bar No. 14198                         Suite 200
   6385 S. Rainbow Boulevard, Suite 600         Las Vegas, Nevada 89103
9  Las Vegas, Nevada 89118                      *Attorneys for Plaintiff Luis Calderon*
   Attorneys for Defendant
10 *USAA Casualty Insurance Company*

11

12  Based on the parties' stipulation, this case is
    dismissed with prejudice, with each party to
13  bear its own costs and fees. The Clerk of
    Court is kindly instructed to close this case.
14

15

16

17  _____
    United States District Judge
18  Dated: December 12, 2025

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

167996166.1                    2